UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 19-3203-VAP-KKx | Date | 04/03/23 |
|---|---|---|---|
| Title | EDWARD' BOUISSEY ET AL V. SWIFT TRANSPORTATION CO., INC. ET AL | | |

Present: The Honorable    Virginia A. Phillips, United States Senior District Judge

| W. Hernandez | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Nathan Piller | John Ellis |
| | Robert Mussig, Jr. |

**Proceedings:** DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S MOTION FOR SUMMARY JUDGMENT [106]

   The Court, having read and considered all documents filed as to the motion referenced above and the oral argument presented today, takes the motion under submission.

Time: 00:30