Joshua G. Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan B. Piller, SBN 300569
npiller@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

Attorneys for Plaintiffs

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  **A Limited Liability Partnership**
  **Including Professional Corporations**
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
ROBERT MUSSIG, Cal. Bar No. 240369
rmussig@sheppardmullin.com
JOHN D. ELLIS, Cal. Bar No. 269221
jellis@sheppardmullin.com
NINA MONTAZERI, Cal. Bar. No. 329440
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant SWIFT
TRANSPORTATION CO. OF
ARIZONA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BOUISSEY *et al*., and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.,<br><br>        Defendants. | Case No. 2:19-cv-03203-KK-SPx<br><br>**STIPULATION TO DISMISS WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(ii)** |

1      Plaintiffs Edward Bouissey and Richard Hodges ("Plaintiffs") and Defendants

2  Swift Transportation Co. of Arizona, LLC and Swift Transportation Co., Inc.

3  ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

4      Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(ii), the instant

5  action shall be dismissed with prejudice as to Plaintiffs' individual claims, with each

6  party to bear its own costs and fees. With this dismissal, the case is now concluded in

7  full.

8

9  Respectfully submitted,

10

  Dated: July 29, 2024          SHEPPARD, MULLIN, RICHTER

11                            & HAMPTON LLP

12                          */s/ Paul S. Cowie*

                                  Paul S. Cowie

13                          Robert E. Mussig

                                  John D. Ellis

14                          Nina Montazeri

15                          ATTORNEYS FOR DEFENDANTS

                                  Swift Transportation Co. of Arizona, LLC

16                          and Swift Transportation Co., Inc.

17

18  Dated:  July 29, 2024         SCHNEIDER WALLACE COTTRELL

19                            KONECKY LLP

20                          */s/ Nathan B. Piller*

                                  Joshua G. Konecky

21                          Nathan B. Piller

                                  ATTORNEY FOR PLAINTIFFS

22                        Edward Bouissey and Richard Hodges

23

24

25

26

27

28

**<u>ATTESTATION</u>**

I, Nathan B. Piller, am the ECF User whose identification and password are being used to file the STIPULATION TO DISMISS WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(ii).  In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that each other Signatories have concurred in the filing of this document.


Dated: July 29, 2024                     */s/ Nathan B. Piller*
                                         Nathan B. Piller