Joshua G. Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan B. Piller, SBN 300569
npiller@schneiderwallace.com
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94104
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105

Attorneys for Plaintiffs

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  **A Limited Liability Partnership**
  **Including Professional Corporations**
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
ROBERT MUSSIG, Cal. Bar No. 240369
rmussig@sheppardmullin.com
JOHN D. ELLIS, Cal. Bar No. 269221
jellis@sheppardmullin.com
NINA MONTAZERI, Cal. Bar. No. 329440
nmontazeri@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendant SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BOUISSEY *et al*., and on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, et al.,<br><br>         Defendants. | Case No. 2:19-cv-03203-KK-SPx<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)(ii)** |

**ORDER**

For good cause shown, it is hereby ordered that the Plaintiffs' individual claims are DISMISSED WITH PREJUDICE. This case is now concluded in full and closed.

IT IS SO ORDERED.

Dated: July 30, 2024

_____
THE HONORABLE KENLY KIYA KATO
United States District Judge